JOSEPHINE DECATUR, as Executrix, etc., Appellant, *v.* JOHN E. GOODRICH, Respondent.

(Argued November 29, 1887; decided December 6, 1887.)

*A. T. Clearwater* for appellant.

*Wm. Lounsbery* for respondent.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.

---

GEORGE W. WINGATE, Respondent, *v.* LIPSEY GAS BURNER COMPANY, Respondent, E. P. GLEASON MANUFACTURING COMPANY, Appellant.

(Argued November 29, 1887; decided December 6, 1887.)

*Daniel S. Remsen* for appellant.

*Augustus A. Levey* for respondents.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.